THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SEAN P. DEPAEPE, | CIV. NO. 19-00566 JAO-KJM |
| Petitioner, | ORDER DENYING REQUEST TO PROCEED IN FORMA PAUPERIS |
| vs. | |
| STATE OF HAWAII, | |
| Respondent. | |

Before the Court is Petitioner Sean P. DePaepe's Declaration in Support of Request to Proceed In Forma Pauperis ("IFP Application"). ECF No. 2. As a prisoner, DePaepe's IFP Application lacks: (1) certification by prison officials regarding the amount currently in his account; and (2) an account statement for the preceding six months showing all deposits and withdrawals during that period. *See* 28 U.S.C. § 1915(a)(2). The IFP Application is therefore DENIED as incomplete.

DePaepe is DIRECTED to submit a complete IFP Application that contains the information listed above on or before **November 25, 2019**. Failure to timely do so will result in **automatic dismissal** of this suit without prejudice. *See* Fed. R. Civ. P. 41(b); *see also Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995).

The Court will take no action on DePaepe's submissions in this case until he has either paid the filing fee or is granted IFP status.

The Clerk is DIRECTED to send DePaepe an Application to Proceed In Forma Pauperis by a Prisoner so that he can comply with this Order.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, November 5, 2019.



Jill A. Otake
United States District Judge

*Depaepe v. State,* No. 1:19-cv-00566 JAO-KJM; ifp '19 DePaepe 19-566 (incompl; habeas)